ALLEGE, EXPRESSLY OR BY NECESSARY IMPLICATION THE 'TERMINAL ELEMENT' AS REQUIRED BY *UNITED STATES v. FOSLER*, 70 M.J. 225 (C.A.A.F. 2011).

No briefs will be filed under Rule 25.

No. 11–0558/AR.   U.S. v. Alvaro Garcia, Jr.   CCA 20080839.   Appellant's *second* motion to extend time to file the supplement granted, *up to and including May 15, 2012*, and *absent extraordinary circumstances, no further extension of time will be granted in this case*.

No. 11–0565/NA.   U.S. v. Jack C. Ruscitto.   CCA 201100023.   Appellant's motion to attach document and Appellee's motion for leave to file a 10–day letter out of time are hereby denied.

No. 12–0206/AR.   U.S. v. Tommie L. Olds.   CCA 20091044.   On consideration of Appellant's motion to compel production of attorney case file, it is ordered that said motion is hereby denied without prejudice to re–filing if Appellant authorizes release of the attorney case file.   *See United States v. Dorman*, 58 M.J. 295, 298 (C.A.A.F 2003).

